1  SHELLIE LOTT, SBN: 246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| JOSE M NAVARRO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:19-cv-01185-AC<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Reply to Defendant's Cross-Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of February 28, 2020.

This extension (10 days) is requested because the brief writer has multiple briefs all due February 18, 2020. The attorney needs additional time to review prior to filing the Reply to the Defense Cross-Motion for Summary Judgment.

| | | |
|---|---|---|
| DATED: February 19, 2020 | | */s/ Shellie Lott* |
| | | Shellie Lott |
| | | Attorney for Plaintiff |

DATED: February 19, 2020        McGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX

                                */s/ Marcelo Illarmo*
                                MARCELO ILLARMO,
                                (As authorized via E-mail on 2/18/20)
                                Special Assistant U S Attorney
                                Attorneys for Defendant

| | |
|---|---|
| SHELLIE LOTT, SBN: 246202<br>Cerney Kreuze & Lott, LLP<br>42 N. Sutter Street, Suite 400<br>Stockton, California 95202<br>Telephone: (209) 948-9384<br>Facsimile: (209) 948-0706<br><br>Attorney for Plaintiff | |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| JOSE M NAVARRO,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 2:19-cv-01185-AC<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

      Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Reply to Defendant's Cross-Motion for Summary Judgment, the request is hereby APPROVED.

      Plaintiff shall file her Reply to Defendant's Cross-Motion for Summary Judgment on or before February 28, 2020.

      SO ORDERED.

DATED: February 19, 2020

                                                                             _/s/ Allison Claire_<br>
                                                                             ALLISON CLAIRE<br>
                                                                             UNITED STATES MAGISTRATE JUDGE